01-123 RHK/RLE

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

RECEIVED
BY U.S. MAIL
2004 AUG 23 AM 9:42
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Garnishee

SUBSCRIBED and SWORN to before me this

11 day of Aug, 2004.

Pamela Stewart

NOTARY PUBLIC

PAMELA STEWART
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 02-08-05

NOTARIAL SEAL
STATE OF OHIO

SCANNED
AUG 23 2004
U.S. DISTRICT COURT MPLS