UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-123 RHK/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH L. FRANCIS,<br><br>Defendant,<br><br>US BANK,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on July 26, 2004, is hereby released.

Dated:August 25, 2004

s/Raymond L. Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge